ILG Legal Office, P.C.
Stephen Noel Ilg (SBN 275599)
Nicolas Jupillat (SBN 335559)
156 South Spruce Avenue, Ste 206A
South San Francisco, CA 94080
Tel:     (415) 580-2574
Fax:     (415) 735-3454
Email: silg@ilglegal.com
Email: njupillat@ilglegal.com

Attorneys for Plaintiff
ISABELLA ANDRADE

SEYFARTH SHAW LLP
Pamela Vartabedian (SBN 251133)
pvartabedian@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105-2930
Telephone:     (415) 732-1157
Facsimile:     (415) 397-8549

SEYFARTH SHAW LLP
Bradley D. Doucette (SBN 322611)
bdoucette@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:     (310) 277-7200
Facsimile:     (310) 201-5219

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLA ANDRADE, on behalf of herself,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:23-cv-6125-TSH<br><br>(San Mateo Superior Court, Case No. 23-CIV-05090)<br><br>**STIPULATION TO AMEND PRETRIAL DEADLINES; [PROPOSED] ORDER**<br><br>Date Action Filed:  October 25, 2023<br>Trial Date:            February 23, 2026 |

Pursuant to Civil Local Rules 6-2 and 7-12, it is hereby stipulated, pursuant to the Court's approval, by and between Plaintiff Isabella Andrade ("Plaintiff") and Defendant Costco Wholesale Corporation ("Defendant") (collectively the "Parties") through their respective undersigned counsel as follows:

**WHEREAS**, pursuant to the Court's February 22, 2024 Case Management Order (Dkt. No. 18) the Parties exchanged Pretrial Disclosures on December 10, 2025. Per the Court's Order, the Parties also met and conferred with respect to the preparation and content of the joint pretrial conference statement and started to exchange initial drafts.

**WHEREAS**, the current deadline to file Pretrial Documents is December 25, 2025 (i.e. Christmas Day).

**WHEREAS**, the Parties have worked collaboratively and, after initial meet and confer efforts, anticipate that many of the Pretrial Documents will be stipulated to, requiring minimal intervention from the Court.

**WHEREAS**, the Parties recognize that the present Pretrial Document deadline falls on a major national holiday and shortly after the week-long Hannukah holiday. Due to these holidays, the offices for both Parties' counsel are operating minimally with counsel and staff out of the office to celebrate the holidays. Furthermore, this period of time is particularly busy for Defendant Costco given the nature of its large retail business, so it is particularly challenging for Defendant's counsel to coordinate witnesses and necessary pretrial preparations with its client during this time.

**WHEREAS**, after meeting and conferring, the Parties agree that a brief two-week extension of the Pretrial Document deadline to January 8, 2025 would be in the best interest of both Parties and ensure more effective completion of the Pretrial Documents in light of the holidays and other circumstances. This is the first extension request by either Party for any trial-related deadline and it will not affect any other pre-trial dates set by this Court.

**IT IS SO STIPULATED.**

///

///

///

STIPULATION TO AMEND PRETRIAL DEADLINES; [PROPOSED] ORDER

322434458v.1

1

2    DATED:  December 16, 2025              Respectfully submitted,

3                                          ILG LEGAL OFFICE, P.C.

4
                                           By:  /s/ Stephen Noel Ilg (as authorized 12/16/2025)___
5                                                Stephen Noel Ilg
                                                 Nicolas Jupillat
6
                                           Attorneys for Plaintiff
7                                          ISABELLA ANDRADE

8

9    DATED:  December 16, 2025              Respectfully submitted,

10                                         SEYFARTH SHAW LLP

11
                                           By:  /s/ Bradley D. Doucette____
12                                               Pamela Vartabedian
                                                 Bradley D. Doucette
13
                                           Attorneys for Defendant
14                                         COSTCO WHOLESALE CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO AMEND PRETRIAL DEADLINES; [PROPOSED] ORDER

322434458v.1

**[PROPOSED] ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED:**

The Court finds good cause of the Parties' request and hereby orders that all Pretrial Documents be filed no later than January 8, 2026.

Dated:          December 16, 2025

U.S. District Court Magistrate Judge