ILG Legal Office, P.C.
Stephen Noel Ilg (SBN 275599)
Nicolas Jupillat (SBN 335559)
156 South Spruce Avenue, Ste 206A
South San Francisco, CA 94080
Tel:   (415) 580-2574
Fax:   (415) 735-3454
Email: silg@ilglegal.com
Email: njupillat@ilglegal.com

Attorneys for Plaintiff
ISABELLA ANDRADE

*Additional attorneys on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLA ANDRADE, on behalf of herself,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:23-cv-6125-TSH<br><br>(San Mateo Superior Court, Case No. 23-CIV-05090)<br><br>**STIPULATION TO FURTHER AMEND PRETRIAL DEADLINES;  ORDER**<br><br>Date Action Filed:  October 25, 2023<br><br>Trial Date:          February 23, 2026 |

1  SEYFARTH SHAW LLP
   Justin Curley (SBN 233287)
2  jcurley@seyfarth.com
   Pamela Vartabedian (SBN 251133)
3  pvartabedian@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105-2930
   Telephone:   (415) 732-1157
5  Facsimile:   (415) 397-8549

6  SEYFARTH SHAW LLP
   Bradley D. Doucette (SBN 322611)
7  bdoucette@seyfarth.com
   2029 Century Park East, Suite 3500
8  Los Angeles, California 90067-3021
   Telephone:   (310) 277-7200
9  Facsimile:   (310) 201-5219

10 Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO FURTHER AMEND PRETRIAL DEADLINES;  ORDER
322813692v.2

**TO THE HONORABLE COURT:**

Pursuant to Civil Local Rules 6-2 and 7-12, it is hereby stipulated, pursuant to the Court's approval, by and between Plaintiff Isabella Andrade ("Plaintiff") and Defendant Costco Wholesale Corporation ("Defendant") (collectively the "Parties") through their respective counsel as follows:

**WHEREAS**, pursuant to the Court's February 22, 2024 Case Management Order (Dkt. No. 18) the Parties have continuously met and conferred with respect to the preparation and content of the joint pretrial conference statement and related pretrial documents and have started to exchange initial drafts. In need of additional time, the Parties also submitted a Stipulation to continue the Pretrial Document Deadline to January 8, 2026 (Dkt. No. 41) which the Court graciously approved (Dkt. No. 42.).

**WHEREAS**, the Parties have worked diligently and collaboratively to prepare the requisite pretrial documents despite holiday closures and related delays but are in need of some additional time to complete them in light of the breadth of issues for trial. Further, counsel for both parties have had periods of unavailability..

**WHEREAS**, the Parties have met and conferred regarding motions in limine and do not intend on filing any motions in limine.

**WHEREAS**, the Parties have met and conferred regarding witnesses and exhibits and do not presently have issues regarding witnesses or exhibits requiring the Court's immediate attention. The parties have agreed to create a single list and are currently combining their respective lists and continuing to work on other pretrial filings.

**WHEREAS**, the Initial Case Management Conference is set for Thursday, January 15, 2026 in person at 10:00 a.m. Per the Court's Case Management Order (Dkt. No. 18) "The purpose of the initial pretrial conference is for the Court to rule on any issues raised in the pretrial conference statement, motions in limine, and to discuss the trial of the case." As such, the Parties do not believe there any issues requiring the Court's attention at this time.

**WHEREAS**, after meeting and conferring, the Parties agree that a brief two-week extension of the Pretrial Document deadline to January 22, 2026 would be in the best interest of both Parties and ensure more effective completion of the pretrial documents in light of the holidays and other circumstances. The Parties agree that a similar three-week extension of the Initial Case Management

1  Conference to February 5, 2025 at 10:00 a.m., or some time convenient to the Court, would be helpful to

2  allow the Parties to complete these pretrial documents. This is only the second extension request by

3  either Party for any trial-related deadline and it will not affect any other pre-trial dates set by this Court.

4  **IT IS SO STIPULATED.**

6  DATED:  January 7, 2026                    Respectfully submitted,

7                                                              ILG LEGAL OFFICE, P.C.

9                                                              By:  */s/ Stephen Noel Ilg (as authorized 1/7/2025)*
                                                                      Stephen Noel Ilg
10                                                                   Nicolas Jupillat

11                                                            Attorneys for Plaintiff
                                                                  ISABELLA ANDRADE

13  DATED:  January 7, 2026                   Respectfully submitted,

14                                                             SEYFARTH SHAW LLP

16                                                             By:  */s/ Bradley D. Doucette*
                                                                       Pamela Vartabedian
17                                                                    Bradley D. Doucette

18                                                            Attorneys for Defendant
                                                                  COSTCO WHOLESALE CORPORATION

4

STIPULATION TO FURTHER AMEND PRETRIAL DEADLINES;  ORDER
322813692v.2

**ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED:**

The Court finds good cause of the Parties' request and hereby orders that all pretrial documents be filed no later than January 22, 2026.

The Initial Pretrial Conference set for January 15, 2026 at 10:00 a.m. is vacated and continued to February 5, 2026 at 10:00 a.m. Lead counsel for the Parties are expected to appear in person for the Initial Pretrial Conference.

Dated:    January 7, 2026

_____
U.S. District Court Magistrate Judge

STIPULATION TO FURTHER AMEND PRETRIAL DEADLINES;  ORDER

322813692v.2