**ILG Legal Office, P.C.**
Stephen Noel Ilg (SBN 275599)
Nicolas Jupillat (SBN 335559)
156 South Spruce Avenue, Ste 206A
South San Francisco, CA 94080
Tel:    (415) 580-2574
Fax:    (415) 735-3454
Email: silg@ilglegal.com
Email: njupillat@ilglegal.com

Attorneys for Plaintiff Isabella Andrade

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISABELLA ANDRADE, on behalf of herself,

                    Plaintiff,

        vs.

COSTCO WHOLESALE CORPORATION, a Washington corporation, and DOES 1 through 100, inclusive,

                    Defendants.

Case No. 3:23-cv-06125-TSH

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**

-1-

*Andrade v. Costco Wholesale Corporation*
Stipulation and [Proposed] Order for Dismissal with Prejudice

**ILG Legal Office, P.C.**
156 South Spruce Avenue, Unit 206A, South San Francisco, CA 94080
Tel: (415) 580-2574  Fax: (415) 735-3454

**ILG Legal Office, P.C.**
156 South Spruce Avenue, Unit 206A, South San Francisco, CA 94080
Tel: (415) 580-2574  Fax: (415) 735-3454

**<u>STIPULATION</u>**

Plaintiff Isabella Andrade ("Plaintiff") and Defendant Costco Wholesale Corporation ("Costco" or "Defendant") (collectively "the Parties"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal of this action with prejudice, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated:  March 17, 2026                    Seyfarth Shaw LLP

                                          By      */s/ Bradley Doucette*
                                          _____
                                          Bradley Doucette
                                          Justin T. Curley
                                          Pamela Lynn Vartabedian
                                          Attorneys for Defendant

Dated:  March 17, 2026                    ILG Legal Office, P.C.

                                          By      */s/ Stephen Noel Ilg*
                                          _____
                                          Stephen Noel Ilg
                                          Attorneys for Plaintiff

**<u>Attestation</u>**

Pursuant to Northern District L.R. 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  March 17, 2026                    ILG Legal Office, P.C.

                                          By      */s/ Stephen Noel Ilg*
                                          _____
                                          Stephen Noel Ilg
                                          Attorneys for Plaintiff

-2-

*Andrade v. Costco Wholesale Corporation*
Stipulation and [Proposed] Order for Dismissal with Prejudice

ILG Legal Office, P.C.
156 South Spruce Avenue, Unit 206A, South San Francisco, CA 94080
Tel: (415) 580-2574  Fax: (415) 735-3454

[PROPOSED] ORDER

The stipulation of the parties is approved. The entire action is hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED**.

Dated:  _March 17, 2026

_____

HON. THOMAS S. HIXSON

United States Magistrate Judge

-3-

*Andrade v. Costco Wholesale Corporation*
Stipulation and [Proposed] Order for Dismissal with Prejudice